BEFORE THE SECOND DIVISION, OCTOBER 8, 1940

No. 44473.—Protests 999370-G, etc., of Ovington Gift Shop, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the boxes and letter openers in question are chiefly used in the household for utilitarian purposes. They were therefore held dutiable at 40 percent under paragraph 339. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) cited.